NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000866
09-JUL-2014
07:47 AM

NO. CAAP-12-0000866

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FEDERAL LAND BANK ASSOCIATION OF HAWAII, FLCA,
Plaintiff-Appellee,
v.
MORTON E. BASSAN, JR., also known as Morton Bassan, Jr.
And as Morton Bassan, and KEIKO BASSAN,
Defendants-Appellants,

CITRUS MANAGEMENT SERVICES, INC., ORCHARD SERVICES, INC.,
BANK OF HAWAII, STATE OF HAWAII, acting by and
through its Department of Agriculture,
HAWAII ELECTRIC LIGHT COMPANY, INC.,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 05-1-0193)


ORDER DENYING DEFENDANTS-APPELLANTS' MOTION FOR RECONSIDERTAION
(By: Nakamura, Chief Judge, and Fujise and Reifurth, JJ.)


On June 18, 2014, Defendants-Appellants filed a "Motion to Show Borrowers' Claims Are Both Exempt From Bankruptcy Estate or Abandoned by Bankruptcy Trustee to Oppose 'Summary Judgment Order' Filed[ ]June 13, 2014" (Motion for Reconsideration), which we construe as a motion for reconsideration of this court's Summary Disposition Order filed on June 13, 2014. On June 27, 2014, this court entered an order extending the time to dispose

of Defendants-Appellants' Motion for Reconsideration through July 14, 2014.

Upon consideration of Defendants-Appellants' Motion for Reconsideration and the records and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, July 9, 2014.

On the motion:
Morton E. Bassan, Jr.
Keiko Bassan
Defendants-Appellants
Pro Se

Chief Judge

Associate Judge

Associate Judge

2